# Third District Court of Appeal

## State of Florida

Opinion filed December 3, 2025.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D25-0488
Lower Tribunal No. 25-5300-SP-05

————————————

**Angela Adriana Ramirez,**
Appellant,

vs.

**Haul Junkies LLC,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Michael G. Barket, Judge.

Angela Ramirez, in proper person.

No appearance, for appellee.

Before LOGUE, LINDSEY and GOODEN, JJ.

PER CURIAM.

After a nonjury trial, the trial court involuntarily dismissed this case with prejudice. Appellant Angela Adriana Ramirez challenges that dismissal on various grounds. But without a trial transcript of the proceeding, we are constrained to affirm. <u>See</u> <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal. The trial court should have been affirmed because the record brought forward by the appellant is inadequate to demonstrate reversible error.").

Affirmed.